UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff/Respondent, | ) | Criminal Action No. 5: 16-091-DCR |
| | ) | and |
| V. | ) | Civil Action No. 5: 19-440-DCR |
| | ) | |
| TRACEY M. THOMAS, | ) | **JUDGMENT** |
| | ) | |
| Defendant/Movant. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

In accordance with the Memorandum Opinion and Order entered on this date, and pursuant to Rule 58 of the Federal Rules of Civil Procedure, it is hereby

**ORDERED** and **ADJUDGED** as follows:

1. Pursuant to Rule 4 of the Rules Governing Section 2255 Proceedings for the United States District Courts, the motion to vacate, set aside, or correct the movant's/defendant's sentence [Record No. 132] is summarily **DISMISSED**.

2. Judgment is entered in favor of the United States with respect to all issues raised in this collateral proceeding.

3. A Certificate of Appealability shall not issue.

4. The Clerk of the Court is directed to forward a copy of this Judgment and the corresponding Memorandum Opinion and Order to Defendant/Movant Thomas at his address of record.

5. This is a **FINAL** and **APPEALABLE** Judgment and there is no just cause for delay.

Dated: December 31, 2019.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky